UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGINIA L. VARNER,
    Plaintiff,

v.

    Case No. 04-71425
    Hon. Gerald E. Rosen
    Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on___March 30, 2006_____

    PRESENT: Honorable Gerald E. Rosen
                     United States District Judge

The Court having this date entered an order adopting the Magistrate Judge's January 12, 2005 Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated: March 29, 2006

                                      s/Gerald E. Rosen_____
                                      Gerald E. Rosen
                                      United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2006, by electronic and/or ordinary mail.

                                         s/LaShawn R. Saulsberry
                                         Case Manager